IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 JAN 29 PM 4:13
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 14-cr-18-jps |
|  | 18 U.S.C. § 1521 |
| BRIAN KEITH SMALL, | 18 U.S.C. § 2 |
| Defendant. |  |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 18, 2011, in the Western District of Wisconsin, the defendant,

BRIAN KEITH SMALL,

knowingly attempted to file in a public record, a false lien and encumbrance against the real and personal property of the then-current Secretary of the United States Department of Treasury and an employee of the Federal Bureau of Prisons, both individuals described in 18 U.S.C. § 1114, on account of the performance of official duties by those individuals, knowing and having reason to know that such liens and encumbrances were false and contained materially false and fictitious statements and representations.

(In violation of Title 18, United States Code, Sections 1521 and 2.)

## COUNT 2

On or about November 22, 2011, in the Western District of Wisconsin and elsewhere, the defendant,

BRIAN KEITH SMALL,

knowingly attempted to file in a public record, a false lien and encumbrance against the real and personal property of the then-current Secretary of the United States Department of Treasury, an individual described in 18 U.S.C. § 1114, on account of the performance of official duties by that individual, knowing and having reason to know that such liens and encumbrances were false and contained materially false and fictitious statements and representations.

(In violation of Title 18, United States Code, Sections 1521 and 2.)

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 1-29-14