IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

                Plaintiff,

                                                  14-cr-18-bbc

    v.

BRIAN KEITH SMALL,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that under 18 U.S.C. § 4285, the United States Marshal is directed to pay for bus transportation for defendant Brian Small to travel round trip from Rockford to Madison, on a daily basis, beginning on October 27, 2014 until the trial is concluded.

      Entered this 24th day of October, 2014.

                                                BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge