IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                 ORDER

              Plaintiff,

                           14-cr-18-bbc

      v.

BRIAN SMALL,

             Defendant.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Paul L. Schlieve, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a motion under Fed. R. Crim. P. 41(g) for the return of property. He alleges that officials at the prison confiscated some of his property and turned it over to the United States Attorney's Office for the Western District of Wisconsin as part of the investigation of this case. Because the parties agree that Schlieve's motion cannot be resolved through briefing, and that an evidentiary hearing is necessary, I will schedule such a hearing.


ORDER

IT IS ORDERED that an evidentiary hearing on Paul Schlieve's motion under Fed.

1

R. Crim. P. 41(g) will be held on April 1, 2015 at 9:00 a.m.

Entered this 12th day of March, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge